No. 5918, 5919.—Suau, aplte., v. Ahedo, apldo..—C. D. Aguadilla. Febrero 3, 1933. Suau, aplte., v. Pol, apldo.—C. D. Aguadilla. Desahucio. Febrero 3, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison).

Por los motivos consignados en la opinión emitida en el caso número 5914, *Matías Suau Ballester, demandante apelante,* v. *Andrés Pol y Zulema Rodríguez, demandados apelados* resuelto en el día de hoy, se confirman las sentencias apeladas que dictó la Corte de Distrito de Aguadilla con fecha junio 24, 1931, en los casos arriba expresados.